*Decision will be entered under Rule 50.*

MAY SEED AND NURSERY COMPANY, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT

Docket No. 50073. Filed September 29, 1955.

*Denver A. Busby, C. P. A.*, for the petitioner.
*Julian L. Berman, Esq.*, for the respondent.

1132

### OPINION.

RAUM, *Judge:* Petitioner seeks the benefit of an unused excess profits credit carry-over based on a constructive average base period net income from its fiscal year 1941 to its fiscal year 1942, notwithstanding that it made no claim for such carry-over in its application for relief which it filed with respect to 1942. This issue is foreclosed by the decision of this Court in *Lockhart Creamery*, 17 T. C. 1123, 1140–1143. Cf. *St. Louis Amusement Co.*, 22 T. C. 522; *Barry-Wehmiller Machinery Co.*, 20 T. C. 705.

Reviewed by the Special Division.

*Decision will be entered for the respondent.*